IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ROBERT L. TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:06-CV-00047 |
| v. ) | |
| ) | **ORDER** |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

On September 20, 2006, this Court entered an *Order* [8] referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his *Report and Recommendation* [17] on April 26, 2007. After a careful review of the entire record in this case and no objections having been filed to the Magistrate Judge's *Report* within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's *Report* in its entirety. Accordingly, it is this day ADJUDGED and ORDERED as follows:

1. The *Report and Recommendation* of the United States Magistrate Judge, filed April 26, 2007, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in the Magistrate Judge's *Report*, the Commissioner's final decision is hereby **AFFIRMED**, the Commissioner's Motion for Summary Judgment is **GRANTED**, and this case is hereby **DISMISSED** from the active docket of this Court.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this *Order* to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 15th day of May, 2007.

s/Jackson L. Kiser  
Senior United States District Judge